KENNETH A. RUSHTON (2827)
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| In Re: | Chapter 7 |
|---|---|
| LAMAR C. HATCH<br>DEBORAH LYNN HATCH | Bankruptcy No. 10-31722 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. The amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The unclaimed funds are on deposit in the Bank of New York Mellon, Account # 92008337219866.

3. The amounts are as follows:

Questar Gas Company                                     $ 3.25
Bankruptcy DNR244
1140 W. 200 S., P.O. Box 3194
Salt Lake City, Utah 84110-3194

Rocky Mountain Power                                      3.06
P.O. Box 25308
Salt Lake City, Utah 84125

4. A check in the amount of $6.31, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 11th day of August, 2011.

_____
KENNETH A. RUSHTON, Trustee

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 12th day of August, 2011.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111